UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Glenn Rollen et al.,** | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:08-cv-01074-ERW |
| | ) |
| **Anthony Swoboda et al.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 22, 2008, and assigned to the Honorable E. Richard Webber. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:08-cv-34-JCH. The Honorable Jean C. Hamilton will preside.

Case No. 4:08-cv-01074-ERW is hereby administratively closed. Judge Webber's name will be replaced for future assignment.

Dated this 25th day of July, 2008.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **2:08-cv-34-JCH** in all future matters concerning this case.